UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07 CR 271- 2 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| RACHELLE A. FORD, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David S. Perelman, regarding the change of plea hearing of Rachelle A. Ford, which was referred to the Magistrate Judge with the consent of the parties.

On May 8, 2007, the government filed a four-count indictment against Defendant Rachelle A. Ford, for Conspiracy to Commit Bank Fraud as defined in Title 18, United States Code, Section 371; Bank Fraud as defined in Title 18, United States Code, Section 1344(1)(2); Forging Securities as defined in Title 18, United States Code, Section 513(a); and Theft of Mail as defined in Title 18, United States Code, Section 1708.

On May 24, 2007, a hearing was held in which Defendant Ford, entered a plea of not guilty before Magistrate Judge Hemann. On September 10, 2007, Magistrate Judge David S.

Perelman received Defendant Ford's plea of guilty to count 1, 2, 3, and 14, and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered. Magistrate Judge Perelman filed his R&R on September 10, 2007.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Ford is found to be competent to enter a plea and to understand her constitutional rights.  She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Ford is adjudged guilty of Count One in violation of Title 18 Section 371; Count Two in violation of Title 18 Section 1344(1)(2); Count Three in violation of Title 18 Section 513(a); and Count Fourteen in violation of Title 18 Section 1708 .  This matter is referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be on December 13, 2007, at 10:00 a.m. in Courtroom 17-A.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE